UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARENDRA SHARMA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF REDDING,<br><br>    Defendant. | No. 2:17-cv-0487 MCE AC PS<br><br><br>ORDER |

Plaintiff is proceeding pro per in this action. This proceeding was referred to the undersigned by E.D. Cal. R. 302(c)(21).

The defendant's Motion to Dismiss, ECF No. 35, and Motion to Strike Portions of Plaintiff's Complaint, ECF No. 36, are scheduled for hearing on July 26, 2017. However, plaintiff has failed to timely file Oppositions or Statements of Non-Opposition to the motions, as required by Local Rule 230 (c).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file Oppositions or Statements of Non-Opposition to the pending motions (ECF Nos. 35 and 36) no later than seven (7) days from the date of this order. Plaintiff is cautioned that failure to comply may result in a recommendation that this action be dismissed for failure to prosecute.

////

1

2. Defendant's reply brief, if any, shall be filed no later than seven (7) days thereafter.

3. The hearing currently set for July 26, 2017 is VACATED.

4. Defendant's Motion to Dismiss (ECF No. 35) and Motion to Strike (ECF No. 36) will be submitted upon the record and briefs without oral argument, pursuant to L.R. 230(g).

DATED: July 13, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE