UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARENDRA SHARMA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF REDDING,<br><br>　　　　　Defendant. | No. 2:17-cv-0487 MCE AC<br><br><br>ORDER |

This matter was referred to the undersigned for pretrial management by E.D. Cal. R. ("Local Rule") 302(c)(21), because plaintiff was proceeding pro se. On October 16, 2017, Steve Gimblin, Esq., filed a proposed order for Substitution of Attorney. ECF No. 53. On October 19, 2017, District Judge Morrison C. England, Jr. approved the substitution of attorney of Steve Gimblin for plaintiff. ECF No. 56. Because plaintiff is now represented by counsel, the referral to the undersigned is no longer in effect.

Accordingly, IT IS HEREBY ORDERED that:

1. All dates pending before the undersigned are VACATED;

2. The Motion for Sanctions (ECF No. 48) should now be re-noticed by the moving party for hearing before the District Judge assigned to this action.

3. Going forward, the parties shall conduct pretrial matters, **other than discovery motions**, before the District Judge assigned to this action. Discovery motions remain referred to

1

the magistrate judge by Local Rule 302(c)(1).

4. This matter is REFERRED back to the District Judge assigned to this action.

IT IS SO ORDERED.

DATED: October 19, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE