UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NARENDRA SHARMA, | No. 2:17-cv-00487-MCE-AC |
|---|---|
| Plaintiff, | |
| v. | **NON-RELATED CASE ORDER** |
| CITY OF REDDING, | |
| Defendant, | |

| NARENDRA SHARMA, | No. 2:19-cv-00601-TLN-DB |
|---|---|
| Plaintiff, | |
| v. | |
| CITY OF REDDING, ET AL., | |
| Defendants, | |

| NARENDRA SHARMA, | No. 2:19-cv-01731-MCE-KJN |
|---|---|
| Plaintiff, | |
| v. | |
| RICHARDSON C. GRISWOLD, | |
| Defendant, | |

1

1 | The Court received the Notices of Related Cases filed on May 2, 2019. See Local
2 | Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate
3 | to relate or reassign the cases, and therefore declines to do so.
4 | This Order is issued for informational purposes only and shall have no effect on
5 | the status of the cases, including any previous Related (or Non-Related) Case Order of
6 | this Court.
7 | IT IS SO ORDERED.

DATED: October 18, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE